MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
9-4-2008 LCW
SEP 0 4 2008
SEP 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James Sanders
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Todd Stroger
Salvador Godinez
John Doe

08cv5036
JUDGE ASPEN
MAG. JUDGE MASON

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

___✓___    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

_____    **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

A. Name: James Sanders

B. List all aliases: _____

C. Prisoner identification number: 20080019601

D. Place of present confinement: Cook County Jail

E. Address: P.O Box 089002 Chicago Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Todd Stroger
   Title: President of Cook County Board
   Place of Employment: Cook County Board

B. Defendant: Salvad Godinez
   Title: Executive Director
   Place of Employment: Cook County Jail

C. Defendant: John Doe
   Title: Director Cermac Hospital
   Place of Employment: Cermac Hospital

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Defendants, A, B, C, have subjected me to cruel and unusual punishment through willful neglect. I entered the institution on March 20th 08, was seen by Doctor in intake, and there after received medication, given me by the Doctor. On 3-25-08 at that time, I had no problems of a medical nature, only high blood pressure. After one month of daily use of meds, given me a rash of sorts developed, I went to the dispensary the Doctor then gave me some ointment, and cream, also a solution for the rash. After using the ointment and cream for a time, I noticed a change in my skin tone. I began to itch on my legs, arms, back, neck, all these places were turning black. I was having a bad reaction, because of the wrong meds and ointments given me. At this time, I again was seen by a Doctor, I told him the ointment & cream were not helping, I think a skin culture should have been made, so someone would know what meds to give me, but no culture was ever ordered. Doctors at the dispensary neglected there duty.

by not having the culture done. At this date 7-18-08 I still suffer with the rash. I was told by a nurse that I should have covered mattress to sleep on, she said this type of condiction comes from filty condictions, I explained to her I have no choice, she said stay out of jail. Finally after the rash has affected a major part of my body the meds were stopped. I state the claim that these condictions are crule and unusual under which we live at the cook county jail, and the medical department is basically a token of what it should be, its lacking in professional help combat this over ran jail, and negative side effects the results are very poor services leading to serious neglect, and, crule and unusual punishment I suffered as a cook county jail detainee awaiting trial. I am 68 years old and have done nothing wrong to deseve this. All defendants are responsible for the break down of treatment that lead to my medical damages.

Thank you

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I ASK the court To order Defendants To PAY $750,000.00 EAch in punitive DAmages. ANd $450,000.00 EAch in compensintory DAmages. Also court cost filing fees ANd Attorney fees

Thank you

VI.  The plaintiff demands that the case be tried by a jury.   ☐ YES   ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  8  day of  July , 20 08

James Sanders
(Signature of plaintiff or plaintiffs)

JAMES SANders
(Print name)

200800196 01
(I.D. Number)

P.O. Box 089002
Chicago Il. 60608
(Address)

6

Revised 9/2007