MHN

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**Civil Cover Sheet**

08cv5036
JUDGE ASPEN
MAG. JUDGE MASON

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | JAMES SANDERS | **Defendant(s):** | TODD STROGER, et al. |

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

James Sanders
#2008-0019601
Cook County Jail
P.O. 089002
Chicago, IL 60608

**Defendant's Attorney:**

FILED
9-4-2008
SEP X 4 2008
Sep 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** /s/

**Date:** 9/4/08